# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:05CR250 |
| vs. | ) | |
| | ) | ORDER |
| JENNIFER MARIE LOVING, | ) | |
| Defendant. | ) | |

Defendant Jennifer Marie Loving (Loving) appeared before the court on December 22, 2011, on the Amended Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 103). Loving was represented by Assistant Federal Public Defender Julie B. Hansen and the United States was represented by Special Assistant U.S. Attorney Martin J. Conboy, IV. Through her counsel, Loving waived her right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that Loving should be held to answer for a final dispositional hearing before Senior Judge Lyle E. Strom.

The government moved for detention. At the time of the hearing, Loving was in the custody of Nebraska state correctional authorities. The motion was held in abeyance pending Loving coming into federal custody. Loving waived her rights under the Interstate Agreement on Detainers and agreed to be returned to the Nebraska state correctional authorities pending her dispositional hearing in these proceedings.

**IT IS ORDERED**:

A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 11:00 a.m. on January 27, 2012.** Defendant must be present in person.

DATED this 22nd day of December, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge