# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:05CR250 |
| vs. | ) | ORDER |
| JENNIFER MARIE LOVING, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Jennifer Marie Loving ("Loving") (Filing No. 115). Ms. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Ms. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 115) is granted.

Andrew J. Wilson, 11240 Davenport Street, Omaha, NE 68154, (402) 330-6300, is appointed to represent Loving for the balance of these proceedings pursuant to the Criminal Justice Act.

The clerk shall provide a copy of this order to Mr. Wilson, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 28th day of December, 2011.

BY THE COURT:

s/ Thomas D. Thalken

United States Magistrate Judge