IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR250 |
| v. | ) | |
| JENNIFER LOVING, | ) | ORDER |
| Defendant. | ) | |

On January 27, 2012, the defendant appeared through counsel on supervised release violation. After considering the comments of the parties and after evaluating the information provided by the defendant,

IT IS ORDERED:

1) The defendant will be released on Monday, January 30, 2012, by 8:00 a.m to Santa Monica, Inc.'s Halfway House Program.

2) The Defendant shall remain there for 60 days.

3) Santa Monica, Inc. shall provide a written report of defendant's progress

4) The Final Disposition Hearing is continued to April 6, 2012, at 10:30 a.m..

DATED this 27th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
LYLE E. STROM, Senior Judge
United States District Court