IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR250 |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER MARIE LOVING, a/k/a | ) | ORDER |
| JENNIFER MARIE SUING, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court after hearing with defendant and counsel present. Pending availability of space, the defendant will enter treatment at Siena Francis House. Accordingly,

IT IS ORDERED:

1) Defendant is remanded to the custody of the United States Marshal until space is available at Siena Francis House, at which time the United States Marshal shall transport defendant there for inpatient treatment.

2) Final hearing on the petition for warrant or summons for offender under supervision (Filing No. 101), and on the amended petition for warrant or summons for offender under supervision (Filing No. 103) is continued until:

**Tuesday, October 2, 2012, at 8:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3) Early termination from the program for any reason will result in an expedited hearing on said petitions.

DATED this 9th day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court